GLENN AGRE BERGMAN & FUENTES LLP
DAVID R. CALLAWAY (CASB 121782)
580 California St., Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
E-mail: dcallaway@glennagre.com

*Attorney for Defendant*
ROBERT N. DOONER

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff,<br>v.<br><br>ROBERT N. DOONER,<br><br>      Defendants. | **NOTICE OF CHANGE OF ADDRESS**<br><br>Case No. 1:23-cr-00314<br><br>District Judge Colleen Kollar-Kotelly |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the address for the San Francisco office of Glenn Agre Bergman & Fuentes LLP, counsel of record for Defendant Robert N. Dooner in the above-captioned action, has changed to the following:

   580 California St., Suite 1420
   San Francisco, CA 94104

All other contact information remains unchanged.

Dated:  July 11, 2024

                              GLENN AGRE BERGMAN & FUENTES LLP

                              By:

                               /s/*David R. Callaway*
                               DAVID R. CALLAWAY (CASB 121782)
                               580 California St., Suite 1420
                               San Francisco, CA 94104
                               Telephone: (415) 599-0880
                               E-mail: dcallaway@glennagre.com